# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRIAN WRIGHT,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KIMBERLY FRAYN, *et al.*,<br><br>　　　　Defendants. | Case No. 2:17-cv-01844-APG-CWH<br><br>**ORDER OF DISQUALIFICATION**<br><br>(ECF No. 5) |

　　　Plaintiff Brian Wright moves to recuse me from presiding over this case. ECF No. 5. I disagree with Wright's contention that I am biased against him. Nevertheless, because I presided over his criminal case—from which his claims in this case arise—it is possible that I have personal knowledge of disputed evidentiary facts concerning this case. 28 U.S.C. § 455(b)(1). To avoid the appearance of impropriety, I will disqualify myself from this case.

　　　IT IS THEREFORE ORDERED that plaintiff Brian Wright's motion for recusal **(ECF No.5) is GRANTED**. This matter is referred to the clerk of the court for random reassignment to another district judge.

　　　DATED this 8th day of August, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE